IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Criminal Action No.   10-cr-00589-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS KUSNIERZ,

      Defendant.

---

## ORDER EXONERATING BOND

---

      As a result, all the conditions of an appearance bond imposed by the court as a pretrial

matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.

Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if

applicable, are released.  It is further

      **ORDERED** that the bail funds or property deposited into the registry of the court shall

hereby be released by the clerk of the court, or a designated deputy, to the surety or the

defendant.

      DATED at Denver, Colorado, this ___29th___ day of January, 2013.


                BY THE COURT:


                By:___s/Lewis T. Babcock_____
                  UNITED STATES DISTRICT JUDGE
                  DISTRICT OF COLORADO